PAUL HIRSCHMAN, Appellant, *v.* NATIONAL SURETY COMPANY et al., Respondents.

(Argued June 2, 1930; decided June 13, 1930.)

*R. Monell Herzberg, John C. Tracy* and *Kenneth R. Garrison* for appellant.

*Benjamin McClung* for National Surety Company, respondent.

*Charles B. Sullivan* for Phillip Schaefer et al., copartners, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.